UNITED STATES DISTRICT COURT
for the
Southern District of New York
Civil Division

Case No. **18 CV 3159**
(to be filled in by the Clerk's Office)

Plaintiff(s): Muharrem Balkanli

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): John Doe, NY Police Department, City of New York

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

　A. The Plaintiff(s)

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　Name: Muharrem Balkanli
　　Street Address: 45 W 81 Street #617
　　City and County: New York, NY 10024, New York County
　　State and Zip Code: New York County
　　Telephone Number: 2033081200
　　E-mail Address: galeryottoman@gmail.com

　B. The Defendant(s)

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __Muharrem Balkanli__, is a citizen of the State of (name) __New York__.

2. If the plaintiff is a corporation
   The plaintiff, (name) __N/A__, is incorporated under the laws of the State of (name) __N/A__, and has its principal place of business in the State of (name) __N/A__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __John Doe__, is a citizen of the State of (name) __New York__. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __City of New York__, is incorporated under the laws of the State of (name) __New York__, and has its principal place of business in the State of (name) __New York__. Or is incorporated under the laws of (foreign nation) __N/A__, and has its principal place of business in (name) __N/A__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: JOHN DOE (POLICE OFFICER)
- Job or Title (if known): Police officer who made arrest on 10/30/16
- Street Address: 114 Police Precint
- City and County: 34-16 Astoria Blvd. Queens County
- State and Zip Code: Astoria, NY. 11103
- Telephone Number: 718 626 9311 (718-626-9311)
- E-mail Address (if known): unknown and I dont wanna know

Defendant No. 2
- Name: NEW YORK POLICE DEPARTMENT
- Job or Title (if known): POLICE DEPARTMENT
- Street Address: 100 Centre Street
- City and County: NY — NY COUNTY
- State and Zip Code: NY - NY - 10007
- Telephone Number: UNKNOWN + I DONT WANNA KNOW
- E-mail Address (if known): UNKNOWN

Defendant No. 3
- Name: CITY OF NEW YORK
- Job or Title (if known):
- Street Address: 100 Centre Street
- City and County: New York, NY. 10007
- State and Zip Code: New York County
- Telephone Number: UNKNOWN
- E-mail Address (if known): UNKNOWN

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

to defendant's neglected official and individual capacity to ensure plaintiff was responded medical emergency

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) 10-30-16 at (place) Dondana 4221 Broadway, Queens NY 11103 the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

Plaintiff was injured and was in floor, needed immediate medical response from the scene, instead was shuffled and thrown inside police cruiser, where in received shoulder and neck injuries and was taken to precinct 114 was also thrown on floor to receive more injuries by police

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Police failed to call 911 Emergency Medical Response team Police failed to ensure that he was not moved at scene police deliberately threw plaintiff inside cruiser police police deliberately moved him from police cruise to station and threw him at floor of police station

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am receiving surgery for my shoulder. I have been receiving therapy for my neck and shoulder. It has not been any better after femur-hip surgery which I will receive more surgery. My neck and back is terrible I have on going pain. I am asking to court impose and enforce punitive injunction relief on City of New York and NYPD and make it right for me and people.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 3, 2018

Signature of Plaintiff

Printed Name of Plaintiff: Muharrem Balkan

### B. For Attorneys

Date of signing: 

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address



Rem Balkunti
W 81 street
-617
- NY- 10024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK
PRO SE + CLERK OFFICE
500 Pearl Street
New York, NY, 10007