UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

MUHARREM BALKANLI,

Plaintiff,

-against-

CITY OF NEW YORK et al.,

Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

18 CV 3159 (LGS)

**PLEASE TAKE NOTICE** that **Samantha R. Millar**, Assistant Corporation Counsel, hereby appears as counsel for the City of New York, a defendant in the above matter. All papers and Electronic Case Filing notifications in this matter should henceforth be served on the undersigned at the address listed below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
June 19, 2018

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for defendant City of New York*
100 Church Street, Room 3-220
New York, New York 10007
(212) 356-3156

By: /s
Samantha R. Millar
*Assistant Corporation Counsel*
*Special Federal Litigation Division*

cc: **VIA FIRST-CLASS MAIL**
Muharrem Balkanli
Plaintiff *Pro Se*
4701 Greenpoint Avenue
New York, NY 11104