MUHARREM BALKANLI
PRO BARRISTER ESQUIRE
PROSE PLAINTIFF SUI JURIS

(1)

KIDNAPPED (33)
MCF @ IDOC
BUNKER HILL, INDIANA

U.S. DISTRICT COURT
SOUTHERN DISTRICT NEW YORK STATE
NEW YORK COUNTY, NEW YORK, 10007

NOTICE OF MOTION TO RECUSE W/AFFIDAVIT
PURSUANT TO TITLE 28 USCS 144 AND 455 (a)
SEPTEMBER 17TH, 2026, THURSDAY

MUHARREM BALKANLI

VERSUS

18 CIV 3159 LGS

CITY OF NEW YORK ET ALIS

MOTION TO RECUSE

MOTION TO RECUSE - RELIEF SOUGHT

COMES NOW THE UNDERSIGNED PROFESSOR BARRISTER ESQUIRE PROSE PLAINTIFF MUHARREM BALKANLI, AN RETIRED DISABLED INJURED VICTIM FROM THIS ACTION, AN UNLICENSED NON PRACTICING ATTORNEY AT LAW, NOW MOVES THE COURT TO RECUSE AND DISQUALIFY DEFENDANT JUDGE LORNA G. SCHOFIELD HERSELF UNDER TITLE 28 USCS 455 (a) AND 28 USCS 144, FCRP 63 (a) AND APPLY THE PROCEDURES SET OUT IN THIS COURT'S LOCAL RULES TO HAVE THIS CASE REASSIGNED TO ANOTHER SUBSTITUTE JUDGE, CHIEF JUDGE LAURA TAYLOR SWAIN, AS IN THE FIRST INSTANCE AND OR ANY JUDGE ELSE COURT DEEMS PROPER.

Application **DENIED**. This case was dismissed on October 26, 2018, due to Plaintiff's failure to prosecute. The motion for recusal is untimely. *See Balkany v. United States*, 751 F. App'x 104, 107 (2d Cir. 2018) (summary order) (identifying factors to be considered in assessing whether a recusal motion is timely, including whether the motion was made after the entry of judgment and whether the movant can demonstrate good cause for delay).

The Clerk of Court is respectfully directed to close the motion at Dkt. 47.

Dated: November 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE