MUHARREM BALKANLI
PRO SE PLAINTIFF

KIDNAPPED
MCF @ IDOC

FILED
U.S. DISTRICT COURT
2026 NOV 17 PM 2:25
S.D. OF N.Y.

US DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
OCTOBER 15, 2026

MUHARREM BALKANLI

V.

CITY OF NEW YORK ET AL

CAUSE# 18 CIV 3159 (LGS)

"MOTION FOR SUMMARY JUDGMENT AND DISCOVERY AND EVIDENTIARY HEARING TO COMPEL RECUSAL AND DISQUALIFICATION OF RESPONDENT BIASED PREJUDICED JUDGE LORNA G. SCHOFIELD : RELIEF REQUESTED : RELIEF SOUGHT."

PENDING LEAVES AT APPEAL'S COURT UNDER F.C.R.P. 60 (a) ; PLAINTIFF ALSO FILED WRIT OF MANDAMUS TO COMPEL THE RECUSAL OF RESPONDENT BIASED JUDGE SCHOFIELD ; ALL PENDING APPEALS COURT. PENDING SUCH IN CONTINGENCY PLAINTIFF VICTIM OF FRAUD, PRO SE MOVES FOR JUDGMENT SUMMARY JUDGMENT:

# JUDGMENT ; RELIEF SOUGHT

PLAINTIFF PRO SE DEFRAUDED, VICTIM OF FRAUD ; INJURED WITNESS CORPUS DELICTI, PENDING LEAVES OF COURT OF APPEALS RESPECTFULLY MOVEST THIS COURT FOR SUMMARY JUDGMENT PURSUANT TO FED. CIV. PRO. RULE 12 (b) (6) AND 56 (c), IN ACCORDANCE WITH F.C.R.P. 60 (b) (3) (4) (6) AND 60 (d) (3) AND 9 (b) TO ENTER A JUDGMENT IN THE AMOUNT PREVIOUSLY REQUESTED; TOGETHER WITH ATTORNEY FEES IN FAVOR OF VICTIM OF FRAUD, INJURED DEFRAUDED PLAINTIFF PRO SE MUHARREM BALANLI; IMMIDIATE AFTER RECUSAL OF BIASED PREJUDICED RESPONDENT JUDGE SCHOFIELD; PURSUANT TO RULE F.C.R.P. 63 (a) AND 28 USC 455 (a) AND (b) AND 144; FOR SUMMARY JUDGMENT AGAINST THE CITY DEFENDANTS, IN ACCORDANCE WITH THE FED. CIV. PRO. RULE 12 (b) (6) AND 56 (c).

C.F. TRINSEY V. PAGLIARO 229 F. SUPP. 647

C.F. ANDERSON V. NEW YORK 2012 US DIST. LEXIS 142628.

# SUMMARY JUDGMENT STANDARD

NOT A HAPPY ENDING FOR CITY DEFENDANTS; "FRAUD ON THE COURTS" ON MULTIPLE CASES, 18 CIV 3159, AND 24 CV 7166 AND, FRAUDULENT SUBMISSIONS OF FABRICATED EVIDENCE OF NON EXISTANT AFFIDAVITS AND DEPOSITS BY RESPONDENT BIASED PUBLISHED OPINION; A PARTY OBJECTING AND OR REQUESTING COURT TO ENTER SUMMARY JUDGMENT IN ACCORDANCE WITH RULES OF COURT F.CIR.P 56! MUST OPPOSE OR RESPOND BY AFFIDAVITS.

C.F. BALKANI V. CITY OF NEW YORK 2009 US DIST. LEXIS 40633 ;

WHEREIN JUDGE DECLARES;

" ALLTOUGH CITY DEFENDANTS DESCRIBE THEIR MOTION AS A "MOTION TO DISMISS" PURSUANT TO F.R.C.P. 12(b)(6)", CITY DEFENDANTS, AT THE TIME THAT THEY SERVED THEIR MOTION ON PLAINTIFF ON AUGUST 16, 2007, PROVIDED PLAINTIFF WITH THE FOLLOWING NOTICE

PURSUANT TO LOCAL RULE 56.2:"

"PLEASE TAKE NOTICE ; THAT DEFENDANTS CITY OF NEW YORK AND KEVIN ROONEY HAVE MOVED TO DISMISS THE COMPLAINT (PRO SE VICTIM OF FRAUD'S CASE) PURSUANT TO F.C.R.P. 12(b)(6). THIS MEANS THAT DEFENDANTS HAVE ASKED THE COURT TO DECIDE THIS CASE WITHOUT A TRIAL, BASED ON WRITTEN MATERIALS (OF DEFENDANTS' CONSELORS' STATEMENTS - PLS SEE TRINSEY V. PAGLIARO), SUBMITTED IN SUPPORT OF THE MOTION."

BUT IN FACT; THIS MOTION CONTAINS ONLY STATEMENTS OF DEFENDANTS' CONSELORS' BRIEF AND THERE IS ABSOLUTELY, AND ABSOFACTOLITELY NO SUPPORTING ANY AFFIDAVITS OF [illegible] OR THE CITY DEFENDANTS' MAYOR, DEPUTY MAYORS' AFFIDAVITS OR DEPOSITIONS ATTACHED WITH AND GENERALLY SPEAK ON ITS PRIMA FACIA ; IT DOES IN NO WAY COMPLIES WITH F.C.R.P. 12(b)(6) OR 56(c)

C.F. TRINSEY V. PAGLIARO

229 F. SUPP. 647

~~[illegible]~~
NINA GERSHON CONTINUES, TO DECIPHER US, THE VICTIM OF FRAUDULENT CIRCUMSTANCES, TO INJURED ROBBERY VICTIM PRO SE THAT; OF SUMMARY JUDGMENTS;

"THE CLAIMS THAT YOU ASSERTED IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DONOT RESPOND TO THIS MOTION BY FILING YOUR OWN SWORN AFFIDAVITS OR [ID *10] OTHER PAPERS (OTHER PAPERS = DEPOSITIONS) AS REQUIRED BY RULE 56 (e).

AN AFFIDAVIT IS A SWORN STATEMENT OF FACT BASED ON PERSONAL KNOWLEDGE THAT WOULD BE ADMISSABLE IN EVIDENCE AT TRIAL. THE FULL TEXT OF RULE 56 IS ATTACHED." [ID *25] [ID = FRAUD]"

BUT ATTORNEYS HAS NO PERSONAL KNOWLEDGE OF THE FACTS NOR CAN THEY SWEAR TO ANY FACT WHICH THEY ARE NOT FIRST HAND EYEWITNESS; TO EVENTS AS SUCH THE ATTORNEY CANNOT FILE AFFIDAVITS AS DEFENDANTS CONSTITUES AND CONSTRUES

FRAUD ON THE COURT.

C.F. TRINSEY V. PAGLIARO 229 F.SUPP 647

WHEREFORE; AS CLAIMED; ALL [illegible]
[illegible] CASES ARE; TO BE ONLY CONSTRUED
"FRAUD ON THE COURT"

C.F. "TRINSEY V. PAGLIARO"
229 F. SUPP. 647

BE THE CAUSES; ON ALL CASES;
[illegible], 18 CIV 3159,
[illegible] AND 24 CV 7166 AND
26 CV 840; SUBMISSIONS OF DEFENDANTS'
COUNSELORS' MOTION TO DISMISSES IS
FRAUDULENT, PERJURY. FORGERY AND
FALSE STATEMENTS AND FALSE CLAIMS
VIOLATES F.C.R.P. 11. AND 12
AND 56 AND 60 (b)(3), (d)(3)
AND 9 (b) AND 18 USC 1001. AND
31 USC 3729, 18 USC 371, 18 USC 1503,
18 USC 1621, 1623, 28 USC 1746. AND
18 USC 1341, 1343, 18 USC 3282, 34
USC 12601. 18 USC 2, 18 USC 4, 18 USC
1962, WHICH BY BIASED JUDGES WHO
NOW RESPONDENTS; [illegible] DONNELLY
AND SCHOFIELD. OLEYNIK, MILLAR ALL

DECEIVED THE COURT; FRAUDULENTLY ROBBED PRO SE; VICTIM OF FRAUD; INJURED PLAINTIFF RECKLESSLY DAMAGING PROSE; VICTIM OF ROBBERY AND FRAUD; ROBBED HIM OF HIS FAIR TRIAL COURT. SO FATAL A CAUSE MUST BE DEPRICIATED BY ALL

C.F. UNITED STATES V. PETERS (1809) 9 U.S. 115

"THE VERY FIRST BIASED JUDGE WHO MADE HISTORY"

"FRAUD ON THE COURTS"

THANKS TO YALL, RESPONDENTS NOW ALL BALKANLI CASES WILL SO BE THE LANDMARK PRECEDENT CASES; AS SUCH

(1) HAZEL ATLAS ACTION (1944)
FRAUD ON THE COURT

(2) LOCKWOOD ACTION (1966)
FRAUD ON THE COURT

(3) BALKANLI ACTION (2026
FRAUD ON THE COURTSSSSS
(ALL CITY CASES AND OTHER NYS CASES)

THEREFORE;

THERE IS NO GENUINE ISSUE TO THE MATERIAL FACT THAT PROSE PLAINTIFF VICTIM OF FRAUD, INJURED CORPUS DELICTI, ROBBERY VICTIM IS SO ENTITLED TO SUMMARY JUDGMENT IN THE AMOUNT OF $ 471,589,538.00 U.S. PLUS. 1120 HOURS OF ATTORNEY FEES BETWEEN $850 OR 450$ HOURLY RATE TO BE CALCULATED BY THE COURT; AGAINST THE CITY DEFENDANTS AND ALL IN FAVOR OF DEFRAUDED VICTIM OF ROBBERY PRO SE PLAINTIFF BALKANLI ONLY IN THIS ACTION AND ALL OTHER ACTIONS ARE SEPERATE JUDGMENTS TO BE SO ENTERED.

<u>ATTORNEY FEES FOR PROSE</u>

C.F. <u>MARSCHNER V. D.O.S. SEC. O. STATE</u>
<u>470 F. SUPP. 196</u>
<u>1979 US DIST. LEXIS 12578</u>

<u>"IN F.O.I.A LAW SUIT AGAINST THE UNITED STATES, A PROSE WAS AWARDED ATTORNEY FEES"</u>

C. F. KOONWAIYOU V. BLINKEN
724 F. SUPP. 3d. 1222
2024 US-DIST. LEXIS 49698

THE SUMMARY JUDGMENT AGAINST THE DEFENDANTS IS DULY IN ACCORDANCE WITH FED. CIV. PRO. RULE 12 (b) (6) AND 56 (c).

C. F. TRINSEY V. PAGLIARO
229 F. SUPP. 647

AND IS SO PROPER IN COMPLIANCE WITH THE FINALITY RULE OF F.C.R.P. 60
"FINALITY OF CIVIL JUDGMENTS VERSUS SELF-CORRECTION OF DISTRICT COURTS OF JUDICIAL ERROR OF LAW."
43 NOTRE DAME LAW 98 (1967)

"FRAUD ON THE COURT"
C. F. HAZEL-ATLAS GLASS CORP V. HARTFORD EMPIRE CO 322 US 238. 246
"THE APPEALS COURT HAD JURISDICTION TO OVERTURN DISTRICT COURT'S JUDGMENT OBTAINED IN FRAUD."
C. F. LOCKWOOD 46 F.R.D. 625 @ 632
1969 US DIST LEXIS 13523
"THE LAW OF F.C.R.P. 60 (b) FAVORS AN

END TO LAWSUITS RATHER THAN A FREE RE-OPENING AND RE-TRIAL OF THEM.

HEAD NOTE FIVE HNS

C.F. ACKERMANN V. UNITED STATES 340 U.S. 193, 198

"THERE MUST BE AN END TO LITIGATION SOMEDAY, AND FREE, CALCULATED, DELIBERATED CHOICES ARE NOT TO BE RELIEVED FROM".

SEE ALSO FED. CIV. PRO. RULE 60 FINALITY OF CIVIL JUDGMENTS VERSUS SELF-CORRECTION BY DISTRICT COURT OF JUDICIAL ERROR OF LAW. 43 NOTRE DAME LAW 98 (1967)

C.F. GILA RIVER RANCH INC V. UNITED STATES 368 F 2d. 354, 356, 375 (9TH CIRCUIT 1966)

"THE COURT MAY CORRECT IT'S OWN LEGAL ERRORS (FRAUDS) HAS THE BENEFICIAL EFFECT OF ELIMINATING NEEDLESS APPEALS, THE LAW IN THIS CIRCUIT IS THAT ERRORS OF LAW ARE COGNIZABLE UNDER FED. CIV. PRO. RULE 60(b)

PROCESS OF ADJUDICATION."

YUPSIS! ALL THE BALKANLI CASES NOW TO SET A PRECEDENT AND LANDMARK LAW CASES TO THE CENTURIES IN ENGLISH SPEAKING COLONIES WORLD WIDE; AS.

"DISSENT SPEAKS LOUD TO FUTURE 'IT SIMPLY IS NOT SAY, MY COLLEGEAUS WERE WRONG AND CERTAINLY I WOULD DO NOT THIS WAY."

ALL CASES WHICH ENDED IN DISMISSALS BY FRAUDULENT DISMISSALS OF THE BIASED RESPONDENT PREJUDICED JUDGES UPON FRAUDULENT FORGED PERJURED SUBMISSIONS OF MOTION TO DISMISSES OF RESPONDENT COUNSELS OF DEFENDANTS' ALL CITY CASES ARE FRAUD ON THE COURTS

REQUIRES VACATEUR AND SUMMARY JUDGMENT IN FAVOR OF PRO SE VICTIM OF FRAUD & ROBBERY, THE INJURED PLAINTIFF BALKANLI

ABSOFACTOLITELY.

# RECORD OF MOTION

PURSUANT TO F.C.R.P 60 (a) AND 63 (a); PENDING BEFORE US COURT OF APPEALS, SECOND CIRCUIT, ARE LEAVE TO FILE SUMMARY JUDGMENT, AND MOTION FOR WRIT OF MANDAMUS TO COMPEL RECUSAL OF THE RESPONDENT JUDGES ON ALL CASES WHICH ARE IDENTICAL DEFENDANTS SUBMITTE TO COURTS ON SEPTEMBER 17, 2026 AND OCTOBER 7, 2026 AND;

THIS MOTION BASED ON THESE DOCUMENTS FOR SUMMARY JUDGMENT AND RECUSAL OF RESPONDENT WITH ALL LEGAL MOVING PAPERS ANNEXED HERE TO ALL PLEADINGS, PAPERS ARE, AND OTHER RECORDS ON FILE IN THIS DOCKETED ACTION.

OCT. 15. 2026

DULY RECORDED AND SOVERY RESPECTFULLY SUBMIT.

MUHARREM BALKANI, ESQ

PRO SE PLAINTIFF ESQUIRE

VICTIM OF FRAUD & ROBBERY

INJURED - WITNESS

CORPUS DELICTI

[signature]

# AFFIDAVIT OF FACTS AND TRUTH

## IN SUPPORT FOR SUMMARY JUDGMENT AND TO COMPEL RECUSAL AND DISQUALIFICATION OF RESPONDENT SCHOFIELD

COMES NOW, COMES THE VICTIM OF FRAUD, VICTIM OF ROBBERY, INJURED DEFRAUDED PRO SE PLAINTIFF DISABLED, ASSAULTED AND NOW KIDNAPPED AT MCF, IDOC AT INDIANA BY US DHS-ICE, VICTIM OF UNFORTUNATE CIRCUMSTANCES, THE DISABLED DEFRAUDED WITNESS, PRO SE COUNSELOR BEING DULY SWORN UNDER OATH AND AFFIRMATION. SUBJECT TO PENALTY OF PERJURY LAWS OF THE UNITED STATES, TITLE 28 USC 1746, AND 18USC 1621, 18USC 1623 DO SOLEMNLY STATES, DEPOSES AND SO DECLARES:

(1) I A MAN AM THE MUHARREM BALKANLI, DISABLED INJURED VICTIM ASSAULTED BY THE DEFENDANTS WHO BROUGHT THIS ACTION TO COURTS AS PRO SE PLAINTIFF AND SO FILED IT INTO USDC-SDNY ON OR ABOUT APRIL 10, 2018.

(2) I A MAN DECLARE THAT ALL THE FORE GOING HERETOHAD IS SOLEMN TRUTH AND ACCURATE AND SOLID ROCKSTONE CONCRETE FACTS THAT I A MAN WILL VERIFY TO THE EXACT SAME IN ANY OPEN COURTS OF UNITED STATES AT ANYTIME 7/24/365.

(3) THAT SUMMARY JUDGMENT F.C.R.P. 56, IN ACCORDANCE F.C.R.P. 60 (b)(3) AND 60 (d)(3) AND 9 (b). IN FINALITY RULE OF CIVIL JUDGMENTS VERSUS SELF-CORREC TION OF DISTRICT COURTS OF JUDICIAL ERROR OF LAW, A JUDGMENT IN FAVOR OF DEFRAUDED VICTIM OF ROBBERY, INJURED PLAINTIFF PRO SE AGAINST CITY DEFENDANTS IS PROPER AND THE JUDGE RESPONDENT BIASED PREJUDICED SCHOFIELD MUST BE RESIGNED AND BE RECUSED AND SO BE DISQUALIFIED, PRIOR SUCH JUDGMENT.

(4) THAT RESPONDENT BIASED PREJUDICED DISTRICT JUDGE LORNA SCHOFIELD IS A RESPONDENT AND NAMED IN AN ACTION CIVIL DUE EVENTS WHICH GAVE RISE TO A CAUSE UPON WHICH DEFRAUDED VICTIM OF ROBBERY, INJURED PLAINTIFF PRO SE SEEKS RELIEF UPON WHICH CAN BE SO-

SEEKS RELIEF, UPON SUCH CAUSE CAN BE
SO GRANTED BY THE COURTS.

OCTOBER 15, 2026.

SO SWORN AS TRUTH AND
FACT AND RESPECTFULLY SUBMITTED.

DEFRAUDED VICTIM OF ROBBERY
INJURED-DISABLED WITNESS
PRO SE PLAINTIFF CORPUS DELICTI
MUHARREM BALKANLI, ESQUIRE
OCTOBER, 15TH, 2026.

[signature] ® © ™

SERVICE BY MAIL; BY MCF
BY POSTAGE PREPAID; BY PRISON OFFICIALS
TO# JAMISON DAVIES AND LAURA O'BRIEN
THE LAW DEPARTMENT OF CITY OF NYC
100 CHURCH STREET NY. NY, 10007
AND
CHIEF JUDGE LAURA TAYLOR SWAIN
US DISTRICT COURT, SOUTHERN DISTRICT NYC
500 PEARL STREET NY, NY, 10007

# CERTIFICATE OF SERVICE

ON OCTOBER 15TH, 2026, I MUHARREM BALKANLI, DEFRAUDED MAN VICTIM OF ROBBERY INJURED PLAINTIFF PRO SE, DISABLED CORPUS DELICTI BEING DULY SWORN UNDER OATH AND AFFIRMATION UNDER 28 USC 1746 AND 18 USC 1623, HAVE CAUSED ALL MOVING LEGAL PLEADINGS, PAPERWORK, EXHIBITS, AND PROOFS ATTACHED, MOTIONS AND AFFIDAVITS AND AFFIRMATIONS, WITH CERTIFICATES; BE MAILED-POSTAGE PREPAID, IN SEALED ENVELOPES TO DEFENDANTS AND TO COURTS BY MIAMI CORRECTIONAL FACILITY INDIANA LAW LIBRARY, PRISON MAIL SYSTEM; AS BELOW;

1-) JAMISON DAVIES AND LAURA O'BRIEN
THE LAW DEPARTMENT OF CITY OF NY.
100 CHURCH STREET, NY, NY, 10007

AND

2-) CHIEF JUDGE LAURA TAYLOR SWAIN
US DISTRICT COURT, SOUTHERN DISTRICT NY
500 PEARL STREET, NY, NY, 10007,

[signature] ® ©

RESPECTFULLY MAILED
MUHARREM BALKANLI
OCT. 15, 2026 - VICTIM




Application **DENIED**. This case was dismissed on October 26, 2018, due to Plaintiff's failure to prosecute. The motion for summary judgment is untimely. The motion for discovery and for an evidentiary hearing to compel recusal at Dkt. 50 is also untimely and moot in light of the Order, dated November 2, 2026, which denied Plaintiff's motion for recusal.

Because this case has been closed for over six years, any further applications are improper and the Court cannot grant relief. Plaintiff is directed to cease making applications to the Court in this closed case and to restrict any future filings to those captioned for the Court of Appeals. If Plaintiff violates this directive, an injunction may be imposed.

The Clerk of Court is respectfully directed to close the motion at Dkt. 49 and to mail a copy of this Order to Plaintiff.

Dated: November 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE